Hannah M. Payne (AK Bar #2105045) (admitted *pro hac vice*)
Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: hpayne@earthjustice.org
    jlieb@earthjustice.org

Marisa C. Ordonia (WSB #48081)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, WA  98104-1711
T: 206.343.7340
F: 206.343.1526
E: mordonia@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of
Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, and CASEY SIXKILLER, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>Defendants. | Case No. 2:22-cv-1382<br><br>**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>Noting Date:  March 3, 2023 |

STIP. MOT. TO EXTEND BRIEFING SCHEDULE
(Case No. 2:22-cv-1382)

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

Pursuant to the Court's Case Management Order, issued January 4, 2023, and Order Granting Alaska's Motion to Intervene, issued January 9, 2023, Plaintiffs' motion for summary judgment is currently due March 10, 2023. Dkt. 17, Dkt. 18. The parties stipulate and jointly move the Court to extend the due date for Plaintiffs' summary judgment motion two weeks to March 24, and extend all other briefing deadlines accordingly. The parties seek this short extension in good faith and not for purposes of delay, but to allow them to discuss whether a settlement can be reached without litigation to conserve the resources of both the parties and the Court.

Respectfully submitted this 3rd day of March 2023.

        *s/ Hannah M. Payne*
        Hannah M. Payne (AK Bar #2105045) (admitted *pro hac vice*)
        Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
        EARTHJUSTICE
        441 W 5th Avenue, Suite 301
        Anchorage, AK  99501
        T: 907.277.2500
        F: 907.277.1390
        E: hpayne@earthjustice.org
          jlieb@earthjustice.org

        Marisa C. Ordonia (WSB #48081)
        EARTHJUSTICE
        810 3rd Avenue, Suite 610
        Seattle, WA  98104-1711
        T: 206.343.7340
        F: 206.343.1526
        E: mordonia@earthjustice.org

        *Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

STIP. MOT. TO EXTEND BRIEFING SCHEDULE
(Case No. 2:22-cv-1382)                    1

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

*s/ Daniel J. Martin*
DANIEL J. MARTIN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20004
Tel. (202) 307-1056

*Attorney for Defendant EPA*


*s/Katherine L. Felton*
Katherine Felton (WSBA #30382)
MURPHY ARMSTRONG & FELTON, LLP
719 Second Avenue, Ste. 701
Seattle, WA 98104
T/206.985.9770
F/206.985.9790
klf@maflegal.com

TREG R. TAYLOR
ATTORNEY GENERAL

*s/Cody Doig*
Cody Doig
Senior Assistant Attorney General (Alaska Bar No. 2109091)
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
T/907.269.5211
cody.doig@alaska.gov
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant-Intervenor State of Alaska*


It is so ordered.

    Dated this 6th day of March, 2023.


  *[signature]*
  Robert S. Lasnik
  UNITED STATES DISTRICT JUDGE

STIP. MOT. TO EXTEND BRIEFING SCHEDULE
(Case No. 2:22-cv-1382)                    2

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP. MOT. TO EXTEND BRIEFING SCHEDULE
(Case No. 2:22-cv-1382)                                3

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*