UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>             Plaintiffs,<br><br>   v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, and CASEY SIXKILLER, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>             Defendants. | Case No. 2:22-cv-1382<br><br>**ORDER GRANTING JOINT MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE** |

Having reviewed Plaintiffs' and Defendant Administrator Regan and Regional Administrator Sixkiller's (EPA) Joint Motion to Hold Briefing Schedule in Abeyance, filed March 9, 2023,

IT IS HEREBY ORDERED that the Motion is GRANTED. All current briefing deadlines in the above-captioned case are suspended so that Plaintiffs and EPA may attempt to finalize a potential resolution for presentation to the Court at a later date. The parties shall file a joint status report on or before June 9, 2023.

Dated this 10th day of March, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge