1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>MICHAEL S. REGAN, *et al.*,<br><br>          Defendants. | CASE NO. 2:22-cv-01382-RSL<br><br>ORDER EXTENDING STAY OF BRIEFING SCHEDULE |

This matter comes before the Court on the "Joint Status Report" submitted by the parties. Dkt. # 25. The stay of the briefing deadlines in the above-captioned case is hereby extended so that the parties may continue their attempts to finalize a potential resolution of the case. The parties shall file a joint status report on or before September 11, 2023.

Dated this 5th day of June, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING STAY OF BRIEFING SCHEDULE - 1