Hannah Payne Foster (AK Bar #2105045) (admitted *pro hac vice*)
Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: hpayne@earthjustice.org
   jlieb@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, WA  98104-1711
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of
Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | Case No. 2:22-cv-1382-RSL <br><br> **JOINT STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR COSTS** |

JOINT STIPULATED MOT. AND
ORDER (Case No. 2:22-cv-1382-RSL)

*Earthjustice*
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.277.2500

Plaintiffs and Defendants jointly request that the Court extend the deadline for Plaintiffs to file a motion for costs of litigation (including reasonable attorneys' fees) for activities performed prior to the entry of the Consent Decree, Dkt. 35 at 5, ¶10, by 30 days, from February 14, 2024, to March 15, 2024. The parties are engaged in settlement discussions regarding Plaintiffs' claim for costs of litigation that may avoid the need for the Court to adjudicate the matter. Additional time is needed so that the parties may continue these ongoing discussions.

Respectfully submitted this 14th day of February, 2024.

*s/ Hannah Payne Foster*
Hannah Payne Foster (AK Bar #2105045) (admitted *pro hac vice*)
Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: hpayne@earthjustice.org
   jlieb@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, WA  98104-1711
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Daniel J. Martin*
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
T: (202) 307-1056
E: Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*

IT IS SO ORDERED.

Dated this 15th day of February, 2024.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOT. AND
ORDER (Case No. 2:22-cv-1382-RSL)      2

*Earthjustice*
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.277.2500