Hannah Payne Foster (AK Bar #2105045) (admitted *pro hac vice*)
Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: hfoster@earthjustice.org
   jlieb@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, WA  98104-1711
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of
Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL S. REGAN *et al.*,<br><br>   Defendants,<br><br>   and<br><br>STATE OF ALASKA,<br><br>   Defendant-Intervenor. | Case No. 2:22-cv-1382-RSL<br><br>**JOINT STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR COSTS** |

JOINT STIPULATED MOT. TO EXTEND
(Case No. 2:22-cv-1382-RSL)

*Earthjustice*
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.277.2500

Plaintiffs and Defendants have reached agreement to resolve Plaintiffs' claims for costs and fees of litigation. Because the agreement allows up to 120 days for completion of certain required actions, the parties jointly request that the Court extend the deadline for Plaintiffs to file a motion for costs of litigation (including reasonable attorneys' fees), from March 15, 2024, to July 15, 2024. The parties anticipate that their agreement will be fulfilled in advance of that deadline, at which point they will notify the Court that the action has been fully resolved.

Respectfully submitted this 13th day of March, 2024.

s/ Hannah Payne Foster
Hannah Payne Foster (AK Bar #2105045) (admitted *pro hac vice*)
Jeremy C. Lieb (AK Bar #1810088) (admitted *pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: hfoster@earthjustice.org
   jlieb@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
810 3rd Avenue, Suite 610
Seattle, WA  98104-1711
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT STIPULATED MOT. TO EXTEND
(Case No. 2:22-cv-1382-RSL)    1

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Daniel J. Martin*
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
T: (202) 307-1056
E: Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*

It is so ordered.

Dated this 14th day of March, 2024.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOT. TO EXTEND
(Case No. 2:22-cv-1382-RSL)   2

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*